# Third District Court of Appeal

## State of Florida

Opinion filed June 27, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D17-1585 and 3D17-1566
Lower Tribunal No. 06-27811

_____

**Ramon Castellanos, Francisco Fernandez, Ivan Gonzalez, Elaine Prats, Ana Satt, and Sunny Isles Resort Developers, LLLP,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Norma S. Lindsey, Judge.

Marko & Magolnick, P.A., Joel S. Magolnick, Veronica M. Rabinowitz and Omar Ali-Shamaa; Ross & Girten, Lauri Waldman Ross and Theresa L. Girten; St. Denis & Davey, P.A. and Michael Schiffrin, for appellants.

Carlton Fields Jorden Burt, P.A., Farrokh Jhabvala, Thomas J. Meeks and Michael N. Wolgin, for appellee.

Before LAGOA, FERNANDEZ and LUCK, JJ.

PER CURIAM.

Having carefully considered the issues raised by the appellants in these consolidated appeals, as well as the responses advanced by the appellee, together with the record, we affirm without discussion. We write only to recognize and commend the trial court for its excellent, well-reasoned order thoroughly analyzing the relevant issues and correctly disposing of the case below.

Affirmed.